Delia Burns, as Administratrix, etc., of David McGarry, Deceased, Respondent, v. Ernest M. Culp and Patrick J. McCauley, Appellants.—

Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.